1  VAN VLECK & TURNER LLP
   Brian F. Van Vleck, State Bar No. 155250
2      bvanvleck@vvlawgroup.com
   Stuart H. Kluft, State Bar No. 315081
3      skluft@vvawgroup.com
   5757 Wilshire Blvd., Suite 535
4  Los Angeles, California 90036
   Telephone: (323) 920-0250
5  Facsimile: (323) 920-0249

6  Attorneys for Plaintiff,
   DANIEL O'CONNOR
7

8  MITCHELL SILBERBERG & KNUPP LLP
   Emma Luevano, State Bar No. 198421
9      eyl@msk.com
   Louise Truong, State Bar No. 293811
10     ltt@msk.com
   2040 Century Park East, 18th Floor
11 Los Angeles, CA 90064-1683
   Telephone: (310) 312-2000
12 Facsimile: (310) 312-3100

13 Attorneys for Defendant,
   WARNER BROS. ANIMATION INC.
14

15                UNITED STATES DISTRICT COURT
16                CENTRAL DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| DANIEL O'CONNOR, Individually and as a representative of all others similarly situated<br><br>Plaintiff,<br>vs.<br><br>WARNER BROS. ANIMATION INC., a Delaware Corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO: 2:20-cv-09291-MCS (JPRx)<br><br>The Honorable Mark C. Scarsi<br>Courtroom: 7C<br><br>**JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO CAUSES OF ACTION 1-6**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>(Removed from LASC Case No. 20STCV 33069) |

1

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (Fed. R. Civ. P. 41(a)(1)(A)(ii)), Plaintiff Daniel O'Connor ("Plaintiff") and Defendant Warner Bros. Animation Inc. ("Defendant"), through their undersigned counsel, respectfully stipulate that the present action be voluntarily dismissed, with prejudice as to all remaining causes of action.

## **RECITATIONS**

1. The present action was filed by Plaintiff on August 27, 2020, in the Superior Court of Los Angeles, alleging various violations of the California Labor Code and other wage and hour causes of action.

2. Defendant removed the action to this court on October 9, 2020, pursuant to 28 U.S.C. Section 1441(a) and (c), on the grounds that Plaintiff's action arises under federal law. First, Plaintiff's Third Cause of Action alleges that he is seeking the "Restitution of Unpaid Wages Earned Under Provisions of the [Fair Labor Standard Act]," which is a federal statute over which the Court has federal jurisdiction. Second, Plaintiff's Second Cause of Action was preempted by Section 301(a) of the Labor Management Relations Act 29 U.S.C. Section 185(a), because it required the interpretation of one or more collective bargaining agreements governing the terms and conditions of Plaintiff's employment.

3. On January 21, 2021, the Court ordered this action to arbitration and stayed the action in the Court.

4. On February 18, 2021, O'Connor filed his Demand for Arbitration with JAMS. On June 9, 2021, JAMS appointed an Arbitrator for the matter.

5. On August 23, 2021, the Arbitrator Granted Defendant's motion to dismiss Plaintiff's Second Cause of Action in its entirety; and Granted Defendant's motion to dismiss Plaintiff's remaining First, Third, Fourth, Fifth and Sixth Causes of Action on a class basis, ruling that Plaintiff may not pursue those remaining Causes of Action on a class basis.

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

6. Thereafter, a confidential settlement was reached where Plaintiff agrees to dismiss with prejudice all causes of action alleged and pending before the Arbitration and this Court.

7. Based on the foregoing, Plaintiff requests to dismiss his entire action with prejudice.

8. Defendant does not oppose Plaintiff's request to dismiss the entire action with prejudice.

## JOINT STIPULATION TO DISMISSAL

For the foregoing reasons, the Parties hereby stipulate that the entire action be voluntarily dismissed with prejudice against Plaintiff Daniel O'Connor, and without prejudice as to the alleged class, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: January 31, 2021   By: /s/ Stuart H. Kluft
BRIAN F. VAN VLECK
STUART H. KLUFT
Attorneys for Plaintiff
DANIEL O'CONNOR

Dated: February 2, 2022   By: /s/ Louise Truong
EMMA LUEVANO
LOUISE TRUONG
Attorneys for Defendant
WARNER BROS. ANIMATION INC.

Attestation Regarding Signatures: Pursuant to Local Rule 5-4.3.4(2), I, Louise Truong, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Louise Truong